# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Gerald Damone Hopper | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 3:22-cv-00454-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Garry L. McFadden, et al. | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2023 Order.

November 9, 2023

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court